# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

TREA CLAUDELLE ANDERSON OTIES,

Plaintiff,

v.

DALE DUPREA OTIES, *et al*,

Defendants.

Case No. 2:19-cv-01684-KJD-VCF

ORDER

Before the Court for consideration is the Order and Report and Recommendation for Dismissal (#5) of Magistrate Judge Cam Ferenbach entered October 15, 2019, recommending that Plaintiff's complaint be dismissed for lack of subject matter jurisdiction and that Plaintiff's application to proceed *in forma pauperis* be denied as moot. Though the time for doing so has passed, Plaintiff has failed to file any objections to the Report and Recommendation.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#5) of the United States Magistrate Judge entered October 15, 2019, should be **ADOPTED** and **AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#5) entered October 15, 2019, are **ADOPTED** and **AFFIRMED**;

IT IS FURTHER ORDERED that Plaintiff's complaint is **DISMISSED**;

IT IS FURTHER ORDERED that Plaintiff's application to proceed *ifp* is **DENIED as moot.**

Dated this 19th day of December, 2019.

Kent J. Dawson
United States District Judge